**95–176.** State v. Baker. *Shelby County,* No. 17–94–18. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Upon consideration of appellant's motion for

appeal bond,

IT IS ORDERED by the court that the motion be, and the same hereby is, denied, effective February 14, 1995.